STATE OF LOUISIANA        \*       NO. 2022-KA-0628

VERSUS        \*       COURT OF APPEAL

WILLIAM A. MCDONOUGH        \*       FOURTH CIRCUIT

               \*       STATE OF LOUISIANA

               \*

               \*

\* \* \* \* \* \* \*

*RML*    **LEDET, J., CONCURS IN THE RESULT**

I concur in the result.